474 A.2d 655

Commonwealth v. Loften, Appellant.

 Submitted November 18, 1983. Arthur Henry James, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, HESTER and LIPEZ, JJ.

Judgment of sentence affirmed.